IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) ) v. ) ) AGFEED INDUSTRIES, INC., et al., ) ) Defendants. ) | No. 3:14-00663 Chief Judge Haynes |

**ORDER**

The initial case management conference in this action currently set for Friday, May 2, 2014, is reset for **Monday, May 12, 2014, at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 23rd day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge