# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 3:14-cv-00663 JUDGE CRENSHAW |
| AGFEED INDUSTRIES, INC., *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER

As the parties have settled this case, subject to final approval by the Securities and Exchange Commission, the Clerk is **DIRECTED** to administratively close this case.

The parties shall still follow all deadlines set by Magistrate Judge Holmes (Doc. No. 175), and timely file their agreed order of dismissal.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE