IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| | ) | |
| v. | ) | NO. 3:14-0663 |
| | ) | JUDGE CRENSHAW |
| AGFEED INDUSTRIES, INC., et al. | ) | |

<u>ENTRY OF JUDGMENT</u>

   Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure as to Defendant K. Ivan Gothner on 3/24/2017 re [183].

                  KEITH THROCKMORTON, CLERK
                  <u>s/Dalaina Thompson, Deputy Clerk </u>