# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

Securities and Exchange Commission
                                  Plaintiff,

v.                                                                Case No.: 3:14–cv–00663

AgFeed Industries, Inc., et al.
                                  Defendant,

## ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/1/2018 re [207].

                                                                 Keith Throckmorton, Clerk
                                                           s/ Megan Gregory, Deputy Clerk